Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
(State)

Case number (if known): 17-26075  Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual  12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   
   X  Chapter 7
   ☐  Chapter 11

### Part 2: Identify the Debtor

2. Debtor's name: **Iron Carbide Technologies, Inc.**

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

   None

4. Debtor's federal Employer Identification Number (EIN)

   ☐ Unknown

   __11__ __341__ __5805__
   EIN

5. Debtor's address

   **Principal place of business**

   **1979 Johns Drive**
   Number  Street

   **Glenview**  **IL**  **60025**
   City  State  ZIP Code

   **Cook**
   County

   **Mailing address, if different**

   Number  Street

   P.O. Box

   City  State  ZIP Code

   Location of principal assets, if different from principal place of business

   Number  Street

   City  State  ZIP Code

Debtor   Iron Carbide Technologies, Inc.                                   Case number (if known)_____
         Name

---

**6. Debtor's website (URL)**   N/A

---

**7. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

Check one:

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [x] No
- [ ] Yes. Debtor_____Relationship _____
      District_____Date filed_____Case number, if known_____
                                  MM / DD / YYYY

      Debtor_____ Relationship _____
      District_____Date filed_____Case number, if known_____
                                  MM / DD / YYYY

---

## Part 3:   Report About the Case

**10. Venue**

Check one:

x  Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

x  The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor    Iron Carbide Technologies, Inc.    Case number (if known) _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Fredric Alexander | Promissory Note | $ 50,000 + int. |
| | Greg & Tracey Rodgers | Promissory Note | $ 20,000 + int. |
| | Neal M. Allen | Promissory Note | $115,000 + int. |
| | Larry Crouch | Promissory Note | $ 75,000 + int. |
| | | Total of petitioners' claims | $ **260,000 + int.** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **SEE ATTACHED SIGNATURE FORMS PAGES 4,5,6 & 7** | **SEE ATTACHED FORMS** |

Debtor  Iron Carbide Technologies Inc.　　Case number (if known) _____

---

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City         State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City         State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
　　　　　　MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City         State       ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
　　　　　　MM / DD / YYYY

---

**Name and mailing address of petitioner**

FREDRIC
Fredric Alexander
Name

14 CYPRESS POINT
Number / Street

PEKIN　　　　IL.　　　61554
City　　　　　State　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

N/A
Name

_____
Number   Street

_____
City         State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8  24  2017
　　　　　　MM / DD / YYYY

✗ Fredric Alexander
Signature of petitioner or representative, including representative's title

N/A
Printed name

14 Cypress Point
NUMBER   STREET
Firm name, if any

PEKIN   IL    61554
CITY    STATE    ZIP CODE
Number   Street

_____
City         State       ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
　　　　　　MM / DD / YYYY

---

Official Form 205　　Involuntary Petition Against a Non-Individual　　page 4

Debtor     Iron Carbide Technologies, Inc.                    Case number (if known) _____

**Name and mailing address of petitioner**

Greg & Tracey Rodgers
Name

94 Springlands Drive
Number  Street

Slacks Creek        Queensland        4127
City                State             ZIP Code
Australia

**Name and mailing address of petitioner's representative, if any**
N/A
Name

_____
Number  Street

_____
City           State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/18/2017
             MM / DD / YYYY

✘ _[signature]_
Signature of petitioner or representative, including representative's title

N/A
Printed name

N/A
Firm name, if any

94 SPRINGLANDS DRIVE
Number  Street

SLACKS CREEK    QLD      4127
City  AUSTRALIA   State    ZIP Code

Contact phone 614-2462-8369   Email greg.j.rodgers@gmail.com

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**
Neal M. Allen
Name
4220 Lower Roswell Rd.
Number  Street
Marietta            GA           30068
City                State        ZIP Code

**Name and mailing address of petitioner's representative, if any**
N/A
Name

_____
Number  Street

_____
City           State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

N/A
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City           State      ZIP Code
Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205         Involuntary Petition Against a Non-Individual         page 5

Debtor   Iron Carbide Technologies, Inc.

Case number (if known) _____

### Name and mailing address of petitioner

**Greg & Tracey Rodgers**
Name

**94 Springlands Drive**
Number   Street

**Slacks Creek**   **Queensland**   **4127**
City   State   ZIP Code
**Australia**

Name and mailing address of petitioner's representative, if any
N/A
Name

Number   Street

City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name: N/A

Firm name, if any: N/A

Number Street: 94 SPRINGLANDS DRIVE

City: SLACKS CREEK   State: QLD   ZIP Code: 4127

Contact phone: 614-2462-8369   Email: greg.j.rodgers@gmail.com

Bar number: ___

State: ___

✗ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

### Name and mailing address of petitioner

**Neal M. Allen**
Name

**4220 Lower Roswell Rd. #5200**
Number   Street

**Marietta**   **GA**   **30068**
City   State   ZIP Code

Name and mailing address of petitioner's representative, if any
N/A
Name

Number   Street

City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/17/17
MM / DD / YYYY

✗ /s/ Neal M. Allen
Signature of petitioner or representative, including representative's title

Printed name: N/A

Firm name, if any: 4220 LOWER ROSWELL RD. #5200

Number Street: 4220 LOWER ROSWELL RD #5200

City: MARIETTA   State: GA   ZIP Code: 30068

Contact phone: 770-578-6996   Email: nastamps@aol.com

Bar number: ___

State: ___

✗ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 6

Debtor **Iron Carbide Technologies, Inc**   Case number (if known) _____

**Name and mailing address of petitioner**

Larry L. Crouch Sr.
Name

3 Valley High Estates
Number   Street

Pekin                IL      61554
City           State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City           State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

X Executed on  8-19-2017
               MM / DD / YYYY

X  *Larry L. Crouch Sr.*
Signature of petitioner or representative, including representative's title

N/A
Printed name

N/A
Firm name, if any

3 VALLEY HIGH ESTATES
Number   Street

PEKIN           IL    61554
City           State    ZIP Code

309-620-3042  Email jolar7@hotmail.com
Contact phone

Bar number  _____

State       _____

X _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City           State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City           State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City           State    ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 7